UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE
COMPANY and PROVIDENT LIFE AND
CASUALTY INSURANCE COMPANY,

                Defendants.

Case No.: 1:25-cv-00069 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff commenced this action on January 3, 2025. *See* Dkt. 1 ("Complaint"). The Complaint was filed under the pseudonym Jane Doe pursuant to a partial sealing order entered in Case No. 24-mc-00610 (JPC) (S.D.N.Y. Dec. 31, 2024), Dkt. 3. Plaintiff was permitted to proceed under the pseudonym "Jane Doe" "for a period of ten days from the date of th[e] Order or until further order by the Court." *Id.* at 2. The Part One Judge who entered the order stated that its order was "without prejudice to the district judge to whom the civil action is assigned considering whether continued sealing of this case and permission for Plaintiff to proceed anonymously is appropriate." *Id.* The action was thereafter unsealed, Defendants were served, and defense counsel appeared on February 25, 2025. *See* Dkts. 14-16, 21. It is therefore now appropriate to address whether Plaintiff's continued prosecution of this case under a pseudonym is warranted with the benefit of full briefing by both parties. *See Doe v. Delta Airlines, Inc.*, 310 F.R.D. 222, 224 (S.D.N.Y. 2015) ("The use of pseudonyms runs afoul of the public's common law right of access to judicial proceedings, a right that is supported by the First Amendment," although there are "a limited number of exceptions to the general requirement of disclosure of

2

the names of parties, which permit plaintiffs to proceed anonymously." (brackets, quotation marks, and citations omitted)), *aff'd*, 672 F. App'x 48 (2d Cir. 2016) (summary order).

Plaintiff shall file a renewed motion to proceed anonymously, including a proposed order, no later **April 2, 2025**.  Defendants' response, if any, shall be due no later than **April 16, 2025.**  Plaintiff's reply, if any, is due on **April 23, 2025.**  If Plaintiff fails to timely file this motion, the Court shall order that the Complaint be refiled without a pseudonym.

Dated: March 13, 2025
       New York, New York

                                              SO ORDERED.

                                              _____
                                              JENNIFER L. ROCHON
                                              United States District Judge

2